UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY HOGAN,

                Plaintiff,

   v.

BMW OF NORTH AMERICA LLC,

              Defendant.

CASE NO. C20-0089-RAJ-MAT

ORDER

The Court, having reviewed defendant's Request for Judicial Notice (Dkt. 23) and Motion to Dismiss (Dkt. 24), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendant's Request for Judicial Notice (Dkt. 23) is GRANTED;

(3)    Defendant's Motion to Dismiss (Dkt. 24) is DENIED; and

(4)    The Clerk is directed to send copies of this Order to the parties and to the Honorable Mary Alice Theiler.

DATED this 23rd day of September, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER
PAGE - 1