HONORABLE RICHARD A. JONES

UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY HOGAN,<br><br>      Plaintiff,<br> vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendant. | Case No.: 2:20-cv-00089-RAJ-MAT<br><br>**~~PROPOSED~~ ORDER GRANTING DEFENDANT BMW NA'S REQUEST FOR JUDICIAL NOTICE REGARDING MOTION TO COMPEL ARBITRATION**<br><br>*[proposed]* |

THIS MATTER having come before the Court on defendant BMW NA's Request for Judicial Notice in support of its Motion to Compel Arbitration, and the Court having considered the pleadings on file.

NOW, THEREFORE, IT IS HEREBY

**ORDER GRANTING DEFENDANT BMW NA'S REQUEST FOR JUDICIAL NOTICE (2:20-cv-00089-RAJ-MAT) - 1**

HOCHMAN LEGAL GROUP, PLLC
4580 KLAHANIE DR. S.E., SUITE 165
SAMMAMISH, WA 98029
(425) 392-1548

ORDERED that the Defendant BMW NA's Request for Judicial Notice Regarding Motion to Compel Arbitration is hereby GRANTED. The Court takes judicial notice of the BMW Financial Services Motor Vehicle Retail Installment Contract dated September 20, 2012.

IT IS SO ORDERED.

Dated this 23rd day of February, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

**ORDER GRANTING DEFENDANT BMW NA'S REQUEST FOR JUDICIAL NOTICE (2:20-cv-00089-RAJ-MAT) - 2**

HOCHMAN LEGAL GROUP, PLLC
4580 KLAHANIE DR. S.E., SUITE 165
SAMMAMISH, WA  98029
(425) 392-1548