HONORABLE RICHARD A. JONES

UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY HOGAN,<br><br>                Plaintiff,<br><br>   vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendant. | Case No.: 2:20-cv-00089-RAJ-MAT<br><br>**~~PROPOSED~~ ORDER GRANTING DEFENDANT BMW NA'S MOTION TO COMPEL ARBITRATION AND TO DISMISS** |

THIS MATTER having come before the Court on defendant BMW NA's Motion to Compel Arbitration and to Dismiss, and the Court having considered the pleadings on file.

The Court finds this matter suitable for resolution without oral argument.

NOW, THEREFORE, IT IS HEREBY

ORDERED that the Defendant BMW NA's Motion to Compel Arbitration is hereby GRANTED.

---

**ORDER GRANTING DEFENDANT BMW NA'S MOTION TO COMPEL ARBITRATION (2:20-cv-00089-RAJ-MAT) - 1**

HOCHMAN LEGAL GROUP, PLLC
4580 KLAHANIE DR. S.E., SUITE 165
SAMMAMISH, WA  98029
(425) 392-1548

The Court hereby dismisses this lawsuit without prejudice, so the arbitration process can proceed.

IT IS SO ORDERED.

Dated this 23rd day of February, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

**ORDER GRANTING DEFENDANT BMW NA'S MOTION TO COMPEL ARBITRATION (2:20-cv-00089-RAJ-MAT) - 2**

HOCHMAN LEGAL GROUP, PLLC
4580 KLAHANIE DR. S.E., SUITE 165
SAMMAMISH, WA  98029
(425) 392-1548